**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:** Steven P. Logan     **Date:** April 21, 2021

**Case Number:** CV-20-00991-PHX-SPL

**Barrio et al v. Gisa Investments LLC et al**

**APPEARANCES:**   Plaintiffs' Counsel     Defendant's Counsel
                    Christine Anderson Ferraris
                    Susan Mary Rotkis

**Telephonic Motion Hearing:**

Hearing is held on Plaintiffs' Motion for Default Judgment (Doc. 52). Argument is presented. Gabriel Barrio is sworn and examined. Kali Barrio is sworn and examined.

Plaintiffs' Motion for Default Judgment (Doc. 52) is denied without prejudice because it has been superseded by the First Amended Motion for Default Judgment. (Doc. 61)

Plaintiffs' First Amended Motion for Default Judgment (Doc. 61) is granted. Default judgment shall be entered in favor of Plaintiffs and against Defendant Tophat on Claims Three, Four, Five, and Eight of the Amended Complaint. Plaintiffs are awarded $0 in damages. The Clerk of Court is directed to terminate this action.

The Application for Reasonable Attorney Fees and Costs for Default Judgment (Doc. 62) is denied without prejudice.

Deputy Clerk: Lisa Richter
Court Reporter: Elva Cruz-Lauer                     **Start:** 9:06 AM
                                                                   **Stop:** 10:18 AM
                                                                   **Total:** 1 hour 12 minutes